713 A.2d 497

AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL., PLAIN-TIFFS-RESPONDENTS, v. STATE OF NEW JERSEY, DEPART-MENT OF ENVIRONMENTAL PROTECTION, DEFENDANT-MOVANT.

June 30, 1998.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

713 A.2d 497

DAVID BEERS, PLAINTIFF-MOVANT, v. DEPT. OF CORRECTIONS, DEFENDANT-RESPONDENT.

June 30, 1998.

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Fisher v. New Jersey State Parole Board* 154 *N.J.* 85, 711 *A.*2d 293 (1998); and it is further